IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mooney, David | Case Number:  07 B 00299 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/19/08 | Filed:  1/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  January 3, 2008
Confirmed:  April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,579.79 | |
| Secured: | | 58.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,436.26 |
| Trustee Fee: | | 85.18 |
| Other Funds: | | 0.00 |
| Totals: | 1,579.79 | 1,579.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 1,436.26 |
| 2. | Emigrant Mortgage Company Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 700.00 | 58.35 |
| 4. | Emigrant Mortgage Company Inc | Secured | 6,516.81 | 0.00 |
| 5. | Cavalry Portfolio/Collection | Unsecured | 10,582.80 | 0.00 |
| 6. | Capital One | Unsecured | 1,398.66 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 492.87 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 4,052.18 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 348.50 | 0.00 |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 12. | Torres Credit | Unsecured | | No Claim Filed |
| 13. | West Asset Management | Unsecured | | No Claim Filed |
| 14. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 15. | AT&T | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,964.82 | $ 1,494.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 1.18 |
| 5.4% | 84.00 |
| | _____ |
| | $ 85.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Mooney, David

Printed:  2/19/08

Case Number:  07 B 00299
Judge:  Wedoff, Eugene R
Filed:  1/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

